## IN THE SUPREME COURT OF THE STATE OF NEVADA

SHARON MCDOWELL,
Appellant,

vs.

SOUTHERN HILLS HOSPITAL
MEDICAL CENTER, LLC, D/B/A
SOUTHERN HILLS HOSPITAL &
MEDICAL CENTER; HOSPITAL
CORPORATION OF AMERICA, INC.;
SUNRISE HEALTHCARE SYSTEM; DR.
GUITA TABASSI; DR. LINDA TRAN;
INSURANCE CO.; AND PATHOLOGIST,
Respondents.

No. 85117

FILED

AUG 11 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order granting a motion to dismiss. Eighth Judicial District Court, Clark County; Jerry A. Wiese, Judge.

Review of the notice of appeal and documents before this court reveals a jurisdictional defect. The certificate of service for the notice of entry of the challenged order states that the notice was served on appellant on April 29, 2022. The notice of appeal was untimely filed in the district court on July 29, 2022, long after expiration of the 30-day appeal period. *See* NRAP 4(a)(1). This court lacks jurisdiction over an untimely filed notice of appeal. *Healy v. Volkswagenwerk Aktiengesellschaft*, 103 Nev. 329, 330, 741 P.2d 432, 432 (1987). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Herndon

22-25147

cc:    Hon. Jerry A. Wiese, Chief Judge, Eighth Judicial District Court
Sharon McDowell
Guita Tabassi
Hospital Corporation of America, Inc.
Insurance Co.
Linda Tran
Hall Prangle & Schoonveld, LLC/Las Vegas
Pathologist
Sunrise Healthcare System
Eighth District Court Clerk